Opinion issued January 26, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00256-CR

———————————

daniel ray
kendall,
Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 208th District Court 

Harris County, Texas



Trial Court Cause No. 1242228



 

MEMORANDUM
OPINION

Appellant,
Daniel Ray Kendall, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).  We have not
issued a decision in the appeal.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).  We dismiss
any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. 
 Tex. R. App. P. 47.2(b).